UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    *Plaintiff*,

    v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

    *Defendant*.

Civil Action No. 22-cv-02841 (DLF)

**ANSWER**

Defendant the U.S. Department of Homeland Security ("DHS"), by and through its undersigned counsel, hereby answers the numbered paragraphs of the Complaint filed by Plaintiff Judicial Watch, Inc. in the above-captioned matter as follows:

The initial, unnumbered paragraph of the Complaint consists of Plaintiff's characterizations of this lawsuit, to which no response is required.

1. This paragraph consists of legal conclusions, to which no response is required.

2. This paragraph consists of a legal conclusion, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

4. Defendant admits that it is an agency of the United States Government and is headquartered at 245 Murray Lane S.W., Washington, DC 20528. The remaining allegations are legal conclusions to which no response is required. To the extent a response is required, denied.

5. Defendant admits that the U.S. Secret Service received a FOIA request from Plaintiff, dated March 25, 2021. Defendant respectfully refers the Court to that request for a full and accurate statement of its contents and denies all allegations inconsistent therewith.

6. Defendant admits that the Secret Service sent Plaintiff a letter, dated April 2, 2021, informing Plaintiff that it had searched for all potentially responsive records, had located records, and was processing those records. Defendant respectfully refers the Court to that request for a full and accurate statement of its contents and denies all allegations inconsistent therewith.

7. Defendant admits that, as of the date of the Complaint, the Secret Service had not produced any requested records to Plaintiff nor shown that any such records were exempt from production, had not notified Plaintiff of the scope of any responsive records, and had not informed Plaintiff whether the Secret Service had reached any appealable determination.

8. Defendant incorporates by reference its responses to the preceding paragraphs.

9. This paragraph consists of legal conclusions to which no response is required.

10. This paragraph consists of legal conclusions to which no response is required.

11. This paragraph consists of legal conclusions to which no response is required.

The remainder of the Complaint sets forth Plaintiff's requested relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief that it seeks or to any other relief in this action.

Defendant further denies all allegations in Plaintiff's Complaint not expressly admitted or denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff is not entitled to compel the production of any records that are exempt from disclosure under the FOIA. *See* 5 U.S.C. § 552(b).

Dated: October 20, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
  General

MARCIA BERMAN
Assistant Director, Federal Programs
  Branch

*/s/ Laurel H. Lum*
LAUREL H. LUM
Trial Attorney (NY Bar No. 5729728)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-8177
Email: laurel.h.lum@usdoj.gov

*Counsel for Defendant*