# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>  *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>  *Defendant*. | Case No. 22-cv-02841 (DLF) |

## STIPULATION OF DISMISSAL

In light of the representations made by Defendant's counsel concerning how Defendant conducted its search for records responsive to Plaintiff's FOIA request as well as the reasons why some information was withheld, Plaintiff is now satisfied with Defendant's response to the FOIA request at issue in this litigation. Accordingly, the parties, by counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 31, 2023

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Taylor Pitz
Taylor Pitz (CA Bar No. 332080)
Trial Attorney,
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov
*Counsel for Defendant*